UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BARBARA J. BAKER,** *pro se*,

    Plaintiff(s),

v.                                   CASE NO:  8:10-CV-277-T-30AEP

**HILLSBOROUGH COUNTY SCHOOL BOARD, et al.,**

    Defendant(s).
_____/

## ORDER OF DISMISSAL

Plaintiffs has/have failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's Order to Show Cause (Dkt. #11) entered on May 27, 2010. It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 14, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2010\10-cv-277.dismissal.wpd*